

Gregory Stamm
Bradley J. Stamm*
Brian G. Stamm*
Melissa A. Stadler
* Also admitted in Massachusetts

Of Counsel
William R. Crowe
Modesto A. Argenio
**Hon. Mario J. Rossetti
James V. Hall
** Retired, Justice NYS Court of Claims
and Acting Justice NYS Supreme Court

May 21, 2013

Hon. Richard J. Arcara
US District Court
Western District of NY
2 Niagara Square
Buffalo, NY 14202-3350

  Re: Rosemary A. Ligotti
    <u>Index No. 10-CV-00564A(F)</u>

Dear Judge Arcara:

  The Plaintiff, Rosemary Ligotti, does not have any objections to the Report and Recommendation of Magistrate Foschio in the above-referenced matter.

  Given the fact that this is a long-standing case involving my client's need for disability benefit payments, we respectfully request the Court to schedule a conference at the earliest possible time to schedule a trial date in this matter.

  Thank you for your courtesies and cooperation in this matter.

           Very truly yours,

           STAMM LAW FIRM

           **Gregory Stamm**

GS/bb

cc: Paul K. Stecker, Esq.